



# MEMORANDUM OPINION

Nos. 04-11-00652-CR, 04-11-00653-CR

Stephen **MARNOCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR11120
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  January 4, 2012

DISMISSED

Appellant has filed a motion to dismiss his appeals by withdrawing his notice of appeal.

The motion is granted and these appeals are dismissed.  *See* TEX. R. APP. P. 42.2(a).  Appellant's

previous pro se motions to dismiss are denied.

PER CURIAM